LEU & OKUDA
Attorneys at Law

LESTER K. M. LEU 2980
GARY Y. OKUDA 3013
KARYN A. DOI 7687
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813
Telephone (808) 538-1921
Facsimile (808) 523-9585

Attorneys for Defendant
RESIDENTIAL CREDIT SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REID I. TAMAYOSE and NADINE K. TAMAYOSE, <br><br> Plaintiff, <br><br> vs. <br><br> OPTION ONE MORTGAGE CORPORATION, its successors and assigns; H&R BLOCK BANK; RESIDENTIAL CREDIT SOLUTIONS, INC.; and DOES 1-30, <br><br> Defendants. | Case No. CV10-00185 JMS BMK <br><br> CERTIFICATE OF SERVICE <br><br> (RE: Defendant Residential Credit Solution, Inc.'s Answer to Complaint for Injunctive Relief Against Wrongful Foreclosure, for Declaratory Judgment, and for Actual and Punitive Damages filed November 23, 2009; Defendant/Cross-claimant Residential Credit Solution, Inc.'s Cross-claim Against Defendants Option One Mortgage Corporation n.k.a. Sand Canyon Corporation and H&R Block Bank; Defendant/Third-party Plaintiff Residential Credit Solution, Inc.'s Third-party Complaint Against Old Republic Title & Escrow of Hawaii, Ltd. <br><br> And <br><br> Defendant Residential Credit Solutions, Inc.'s Corporate Disclosure Statement) |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of <u>Defendant Residential Credit Solution, Inc.'s Answer to Complaint for Injunctive Relief Against Wrongful Foreclosure, for Declaratory Judgment, and for Actual and Punitive Damages filed November 23, 2009</u>; <u>Defendant/Cross-claimant Residential Credit Solution, Inc.'s Cross-claim Against Defendants Option One Mortgage Corporation n.k.a. Sand Canyon Corporation and H&R Block Bank</u>; <u>Defendant/Third-party Plaintiff Residential Credit Solution, Inc.'s Third-party Complaint Against Old Republic Title & Escrow of Hawaii, Ltd.</u> filed March 9, 2011, and a true and correct copy of <u>Defendant Residential Credit Solutions, Inc.'s Corporate Disclosure Statement</u> filed March 9, 2011, were served on the following parties at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| GARY VICTOR DUBIN, ESQ.<br>gdubin@dubinlaw.net | March 9, 2011 |
| FREDERICK J. ARENSMEYER, ESQ.<br>farensmeyer@dubinlaw.net | March 9, 2011 |
| BENJAMIN R. BROWER, ESQ.<br>bbrower@dubinlaw.net | March 9, 2011 |
| JADE LYNNE CHING, ESQ.<br>jlc@ahfi.com | March 9, 2011 |
| SHELLIE K. PARK-HOAPILI, ESQ.<br>sph@ahfi.com | March 9, 2011 |

Dated: Honolulu, Hawaii, March 17, 2011.

></>

*/S/ KARYN A. DOI (#7687)*
LESTER K. M. LEU
KARYN A. DOI
Attorneys for Defendant /
  Cross-claimant
RESIDENTIAL CREDIT SOLUTIONS, INC.