Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

JADE LYNNE CHING           5808-0
SHELLIE K. PARK-HOAPILI    7885-0
18th Floor, American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800

Attorneys for Defendants
OPTION ONE MORTGAGE CORPORATION,
now known as SAND CANYON CORPORATION
and H&R BLOCK BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| REID I. TAMAYOSE and NADINE K. TAMAYOSE,<br><br>Plaintiffs,<br><br>v.<br><br>OPTION ONE MORTGAGE CORPORATION, its successors and assigns; H&R BLOCK BANK; RESIDENTIAL CREDIT SOLUTIONS, INC.; and DOES 1-30,<br><br>Defendants. | CASE NO. CV10 00185 JMS BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: *Defendants Option One Mortgage Corporation, now known as Sand Canyon Corporation and H&R Block Bank's Second Amended Notice of Taking Deposition Upon Oral Examination*) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of *Defendants Option One Mortgage Corporation, now known as Sand Canyon Corporation and H&R Block Bank's Second Amended Notice of Taking Deposition Upon Oral Examination* was served via hand delivery on the following persons at their last known address:

    Gary Victor Dubin
    Frederick J. Arensmeyer
    Benjamin Ruel Brower
    Dubin Law Offices
    55 Merchant St., Ste. 3100
    Honolulu, HI 96813
        Attorneys for Plaintiffs
        Reid I. Tamayose and Nadine K. Tamayose

    Gary Y. Okuda
    Lester K.M. Leu
    Karyn A. Doi
    Leu & Okuda
    222 Merchant Street, Main Floor
    Honolulu, HI 96813
        Attorneys for Defendant
        Residential Credit Solutions, Inc.

    Kevin W. Herring
    Ashford & Wriston
    Alii Place, Suite 1400
    1099 Alakea Street
    Honolulu, HI 96813
        Attorney for Third-Party Defendant
        Old Republic Title & Escrow of Hawaii, Ltd.

DATED:  Honolulu, Hawai'i, 9 June 2011.

        /s/ Shellie K. Park-Hoapili
        JADE LYNNE CHING
        SHELLIE K. PARK-HOAPILI
        Attorneys for Defendants
        OPTION ONE MORTGAGE CORPORATION,
        now known as SAND CANYON
        CORPORATION and H&R BLOCK BANK