LEU & OKUDA
Attorneys at Law

GARY Y. OKUDA  3013
KARYN A. DOI   7687
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813
Telephone (808) 538-1921
Facsimile (808) 523-9585

Attorneys for Defendant
RESIDENTIAL CREDIT SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REID I. TAMAYOSE and NADINE K. TAMAYOSE,<br><br>        Plaintiff,<br><br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION, its successors and assigns; H&R BLOCK BANK; RESIDENTIAL CREDIT SOLUTIONS, INC.; and DOES 1-30,<br><br>        Defendants.<br>─────────────────────────<br>RESIDENTIAL CREDIT SOLUTIONS, INC.<br><br>        Third-party Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE & ESCROW OF HAWAII, INC.<br><br>        Third-party Defendant. | Case No. CV10-00185 JMS BMK<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, KARYN A. DOI, declare as follows:

1. I am one of the attorneys for Defendant RESIDENTIAL CREDIT SOLUTIONS, INC. in the above-captioned matter.

2. I make this declaration based on personal knowledge and am competent and qualified to testify on the matters set forth herein.

3. Attached as Exhibit "A" is a true and correct copy of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 55, line 12 - p. 56, line 10.

4. Attached as Exhibit "B" are true and correct copies of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 59, line 25 - p. 63, line 14 and Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 51, line 25 - p. 53, line 11.

5. Attached as Exhibit "C" is a certified copy of the Assignment of Mortgage and Note recorded October 24, 2007, in the Bureau of Conveyances of the State of Hawaii as Document No. 2007-187638.

6. Attached as Exhibit "D" is a certified copy of the Assignment of Mortgage and Note recorded July 2, 2009, in the Bureau of Conveyances of the State of Hawaii as Document No. 2009-103035.

7.   Attached as Exhibit "E" is a true and correct copy of the Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 107, lines 3 - 14.

8.   Attached as Exhibit "F" are true and correct copies of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 71, lines 3 - 12 and Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 59, line 21 - p. 60, line 17.

9.   Attached as Exhibit "G" are true and correct copies of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 108, line 16 - p. 109, line 23 and Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 105, line 4 - p. 106, line 15 and p. 108, line 5 - p. 109, line 3.

10.   Attached as Exhibit "H" are true and correct copies of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 110, line 2 - p. 111, line 13 and Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 107, line 15 - 22.

11.   Attached as Exhibit "I" are true and correct copies of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 74, line 11 - p. 77, line 18 and Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 83, line 4 - p. 84, line 13.

12.   Attached as Exhibit "J" is a true and correct copy of the Deposition of Reid I. Tamayose, taken July 21, 2011, p. 34, lines 4 - 24.

13. Attached as Exhibit "K" is a true and correct copy of the Deposition of Nadine K. Tamayose, taken July 21, 2011, p. 36, line 5 - p. 37, line 20.

14. Attached as Exhibit "L" is a true and correct copy of the Deposition of Reid I. Tamayose taken July 21, 2011, p. 71, lines 3 - 12; p. 74, lines 4 - 6.

15. Attached as Exhibit "M" is a true and correct copy of the Deposition of Nadine K. Tamayose taken July 21, 2011, p. 59, line 21 - p. 60, line 17; p. 62, lines 2 - 21.

16. Attached as Exhibit "N" is a true and correct copy of the Deposition of Reid I. Tamayose taken July 21, 2011, p. 72, lines 15 - 17 and p. 73, lines 4 - 11.

17. Attached as Exhibit "O" is a true and correct copy of the Deposition of Nadine K. Tamayose taken July 21, 2011, p. 61, lines 3 - 9.

18. Attached as Exhibit "P" is a true and correct copy of the Deposition of Reid I. Tamayose taken July 21, 2011, p. 74, lines 7 - 13 and p. 75, lines 13 - 25.

19. Attached as Exhibit "Q" is a true and correct copy of the Deposition of Reid I. Tamayose taken July 21, 2011, p. 115, line 25 - p. 117, line 10.

20. Attached as Exhibit "R" is a true and correct copy of the Deposition of Nadine K. Tamayose taken July 21, 2011, p. 76, line 10 - 24; p. 77, line 10 - p. 78, line 10.

21. Attached as Exhibit "S" is a true and correct copy of the Deposition of Nadine K. Tamayose taken July 21, 2011, p. 112, line 1 - p. 113, line 7.

22. Attached as Exhibit "T" is a true and correct copy of the Deposition of Reid I. Tamayose taken July 21, 2011, p. 77, line 19 - p. 79, line 24.

23. Attached as Exhibit "U" is a true and correct copy of the Deposition of Nadine K. Tamayose taken July 21, 2011, p. 72, line 9 - p. 73, line 12.

I declare under the penalty of law that the foregoing is true and correct.

Executed on September 12, 2011, in Honolulu, Hawaii.

/S/ KARYN A. DOI (#7687)
GARY Y. OKUDA
KARYN A. DOI
Attorneys for Defendant
RESIDENTIAL CREDIT SOLUTIONS, INC.