EXHIBIT "F"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| REID I. TAMAYOSE and | ) | |
| NADINE K. TAMAYOSE, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. CV10 00185 |
| OPTION ONE MORTGAGE | ) | JMS BMK |
| CORPORATION, its successors | ) | |
| and assigns; H&R BLOCK | ) | |
| BANK; RESIDENTIAL CREDIT | ) | DEPOSITION OF |
| SOLUTIONS, INC.; and DOES | ) | REID I. TAMAYOSE |
| 1-30, | ) | July 21, 2011 |
| Defendants. | ) | |
| _____ | ) | |
| RESIDENTIAL CREDIT | ) | |
| SOLUTIONS, INC., | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| OLD REPUBLIC TITLE & | ) | |
| ESCROW OF HAWAII, LTD., | ) | |
| Third-Party | ) | |
| Defendant. | ) | |
| _____ | ) | |

```
 1              DEPOSITION OF REID I. TAMAYOSE,
 2   Taken on behalf of Defendants Option One Mortgage
 3   Corporation, now known as Sand Canyon Corporation,
 4   and H&R Block Bank at American Savings Bank Tower,
 5   1001 Bishop Street, 20th Floor, Honolulu, Hawaii
 6   96813, commencing at 9:04 a.m., on July 21, 2011,
 7   pursuant to Notice.
 8   BEFORE:   SUE M. FLINT, RPR, CSR 274
 9             Notary Public, State of Hawaii
10
11   APPEARANCES:
12
13   For Plaintiffs:    BENJAMIN BROWER, ESQ.
14                      Dubin Law Offices
15                      55 Merchant Street
16                      Suite 3100
17                      Honolulu, Hawaii  96813
18
19   For Defendants Option One Mortgage Corporation, now
20   known as Sand Canyon Corporation and H&R Block Bank:
21                      SHELLIE K. PARK-HOAPILI, ESQ.
22                      Alston Hunt Floyd & Ing
23                      American Savings Bank Tower
24                      1001 Bishop Street, Suite 1800
25                      Honolulu, Hawaii  96813
```

Page 3

1     Appearances (continued):

2

3     For Defendant Residential Credit Solutions:

4                     KARYN DOI, ESQ.

5                     LEU & OKUDA

6                     The Merchant House

7                     222 Merchant Street

8                     Main Floor

9                     Honolulu, Hawaii  96813

10

11    For Defendant Old Republic Title & Escrow of Hawaii,

12    Ltd.:

13                    KEVIN W. HERRING, ESQ.

14                    Ashford & Wriston

15                    Alii Place, Suite 1400

16                    1099 Alakea Street

17                    Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25

1            (Exhibit 7 marked for identification.)

2    BY MS. PARK-HOAPILI:

3        Q.    Do you see what we've marked as Exhibit 7,
4    handed over to you?

5        A.    Yes.

6        Q.    Do you recognize this document?

7        A.    No.

8        Q.    Have you seen it before?

9        A.    Possibly.

10       Q.    If you look at the lower left-hand corner
11   of the page, is that your signature?

12       A.    Yes.

13       Q.    Do you recall where you signed this
14   document?

15       A.    Do -- I'm sorry?

16       Q.    Do you recall where you signed this
17   document?

18       A.    I don't.

19       Q.    Did you go to an office on Kauai to sign
20   this document?

21       A.    I'm sure I did.  I just don't -- can't
22   recall where or who.

23       Q.    Could it be that you signed this document
24   in an office in Honolulu?

25       A.    No, not that I can recall.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

```
REID I. TAMAYOSE and          )
NADINE K. TAMAYOSE,           )
            Plaintiffs,       )
      vs.                     )   CASE NO. CV10 00185
OPTION ONE MORTGAGE           )         JMS BMK
CORPORATION, its successors   )
and assigns; H&R BLOCK        )
BANK; RESIDENTIAL CREDIT      )   DEPOSITION OF
SOLUTIONS, INC.; and DOES     )   NADINE K. TAMAYOSE
1-30,                         )   July 21, 2011
            Defendants.       )
_____)
RESIDENTIAL CREDIT            )
SOLUTIONS, INC.,              )
        Third-Party           )
        Plaintiff,            )
      vs.                     )
OLD REPUBLIC TITLE &          )
ESCROW OF HAWAII, LTD.,       )
        Third-Party           )
        Defendant.            )
_____)
```

```
 1            DEPOSITION OF NADINE K. TAMAYOSE,
 2   Taken on behalf of Defendants Option One Mortgage
 3   Corporation, now known as Sand Canyon Corporation,
 4   and H&R Block Bank at American Savings Bank Tower,
 5   1001 Bishop Street, 20th Floor Conference Room,
 6   Honolulu, Hawaii  96813, commencing at 1:15 p.m., on
 7   July 21, 2011, pursuant to Notice.
 8   BEFORE:   SUE M. FLINT, RPR, CSR 274
 9             Notary Public, State of Hawaii
10
11   APPEARANCES:
12
13   For Plaintiffs:     BENJAMIN BROWER, ESQ.
14                       Dubin Law Offices
15                       55 Merchant Street
16                       Suite 3100
17                       Honolulu, Hawaii  96813
18
19   For Defendants Option One Mortgage Corporation, now
20   known as Sand Canyon Corporation and H&R Block Bank:
21                       SHELLIE K. PARK-HOAPILI, ESQ.
22                       Alston Hunt Floyd & Ing
23                       American Savings Bank Tower
24                       1001 Bishop Street, Suite 1800
25                       Honolulu, Hawaii  96813
```

1    Appearances (continued):

2

3    For Defendant Residential Credit Solutions:

4              KARYN DOI, ESQ.

5              LEU & OKUDA

6              The Merchant House

7              222 Merchant Street

8              Main Floor

9              Honolulu, Hawaii   96813

10

11   For Defendant Old Republic Title & Escrow of Hawaii,

12   Ltd.:

13             KEVIN W. HERRING, ESQ.

14             Ashford & Wriston

15             Alii Place, Suite 1400

16             1099 Alakea Street

17             Honolulu, Hawaii   96813

18

19

20

21

22

23

24

25

1    marked as Exhibit 6.

2             MR. BROWER:  Before we start on Exhibit 6,

3    I'd like to request five minutes.

4             MS. PARK-HOAPILI:  Yes.  We'll go off the

5    record.

6             (Discussion off the record.)

7             (Break taken.)

8    BY MS. PARK-HOAPILI:

9        Q.   I'm going to hand you what we've marked as

10   Exhibit 6.  Do you recognize this document?

11       A.   No.  I'm going to say no.

12       Q.   If you look at the lower portion, middle

13   portion, is that your signature on the second line,

14   second X?

15       A.   Yeah, it is.  Yes, it is.

16       Q.   But you don't recognize this document?

17       A.   No.  To my brain at this moment, no.

18       Q.   Do you recall where you signed this

19   document at?

20       A.   No, I don't, to be honest.

21       Q.   Handing you what we've marked as Exhibit 7

22   -- do you recognize this document?

23       A.   The right to cancel -- if I've seen it

24   recently?

25       Q.   No.  Do you recognize this document?

```
 1     A.    I would say maybe.
 2     Q.    Well, have you seen it before?
 3     A.    It's a possibility.
 4     Q.    In the lower right-hand corner, is that
 5   your signature on the --
 6     A.    Left.
 7     Q.    -- last line, left-hand corner?
 8     A.    Okay.  Yeah.
 9     Q.    Is that your signature?
10     A.    Yes.  I'm just -- when you ask me
11   questions about the document and if I recall the
12   document, I'm trying to think if I actually recall
13   the document when I've signed it, is why I got
14   confused.
15     Q.    That's okay.  But you acknowledge that
16   that is your signature; correct?
17     A.    Yes.
18     Q.    Same page, same document, do you see the
19   boxed portion of the document, pretty much the whole
20   page?
21     A.    Okay.
22     Q.    The box, do you see that?
23     A.    Yes.
24     Q.    It says you have a right to cancel and you
25   must cancel -- you know, send a notice no later than
```

Transaction I.D. No.:                                           Loan Number: 11●●2709   002258684-6
Borrowers: REID I. TAMAYOSE                                     11/22/06

Property Address:   6789 B KUAMOO RD
                    KAPAA, HI  96746-9313

COMPLIANCE / NOTICE OF RIGHT TO CANCEL

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage, lien, or security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is __NOV 2 4 2006__; (i.e., the date you signed your loan documents) or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien, or security interest is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on/in your home has been canceled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## HOW TO CANCEL:

If you decide to cancel this transaction, you may do so by notifying us in writing,

Name of Creditor   Option One Mortgage Corporation

at                 Pauahi Tower, 1001 Bishop Street
                   Honolulu, HI 96813-3691

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of __NOV 2 8 2006__ (or midnight of the third business day following the latest of three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____                   _____
Date                                        Consumer's Signature

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_[signed] Reid D._____ 11/24/06      _____ Date
Applicant  REID I. TAMAYOSE      Date         Co-Applicant

_[signed] N. K._____ 11/24/06      _____ Date
Applicant  NADINE K. TAMAYOSE   Date          Co-Applicant

Page 1 of 1                                                    USD0011.wp (02-07-03)

WITNESS _[signed] Tamayose_  DATE 7/21/11
        SUE M. FLINT