EXHIBIT "H"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| REID I. TAMAYOSE and | ) | |
| NADINE K. TAMAYOSE, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. CV10 00185 |
| OPTION ONE MORTGAGE | ) | JMS BMK |
| CORPORATION, its successors | ) | |
| and assigns; H&R BLOCK | ) | |
| BANK; RESIDENTIAL CREDIT | ) | DEPOSITION OF |
| SOLUTIONS, INC.; and DOES | ) | REID I. TAMAYOSE |
| 1-30, | ) | July 21, 2011 |
| Defendants. | ) | |
| _____ | ) | |
| RESIDENTIAL CREDIT | ) | |
| SOLUTIONS, INC., | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| OLD REPUBLIC TITLE & | ) | |
| ESCROW OF HAWAII, LTD., | ) | |
| Third-Party | ) | |
| Defendant. | ) | |
| _____ | ) | |

```
1              DEPOSITION OF REID I. TAMAYOSE,

2    Taken on behalf of Defendants Option One Mortgage

3    Corporation, now known as Sand Canyon Corporation,

4    and H&R Block Bank at American Savings Bank Tower,

5    1001 Bishop Street, 20th Floor, Honolulu, Hawaii

6    96813, commencing at 9:04 a.m., on July 21, 2011,

7    pursuant to Notice.

8    BEFORE:   SUE M. FLINT, RPR, CSR 274

9              Notary Public, State of Hawaii

10

11   APPEARANCES:

12

13   For Plaintiffs:    BENJAMIN BROWER, ESQ.

14                      Dubin Law Offices

15                      55 Merchant Street

16                      Suite 3100

17                      Honolulu, Hawaii  96813

18

19   For Defendants Option One Mortgage Corporation, now

20   known as Sand Canyon Corporation and H&R Block Bank:

21                      SHELLIE K. PARK-HOAPILI, ESQ.

22                      Alston Hunt Floyd & Ing

23                      American Savings Bank Tower

24                      1001 Bishop Street, Suite 1800

25                      Honolulu, Hawaii  96813
```

1    Appearances (continued):

2

3    For Defendant Residential Credit Solutions:

4                        KARYN DOI, ESQ.

5                        LEU & OKUDA

6                        The Merchant House

7                        222 Merchant Street

8                        Main Floor

9                        Honolulu, Hawaii  96813

10

11    For Defendant Old Republic Title & Escrow of Hawaii,

12    Ltd.:

13                        KEVIN W. HERRING, ESQ.

14                        Ashford & Wriston

15                        Alii Place, Suite 1400

16                        1099 Alakea Street

17                        Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25

1   the next exhibit in order.

2                    (Exhibit 12 marked for

3                    identification.)

4   BY MS. DOI:

5       Q.    Please look through this exhibit and I'll

6   ask you some questions.  Do you recognize this

7   exhibit?

8       A.    I do not.

9       Q.    Do you know whether you received this

10  document?

11      A.    I can't tell you if I did or didn't.

12      Q.    The document is dated June 2nd, 2008 on

13  the top right-hand corner; is that correct?

14      A.    Uh-huh.

15      Q.    Is that a yes?

16      A.    Yes.

17      Q.    On June 2nd, 2008, were you living at

18  6789-B Kuamoo Road in Kapaa?

19      A.    Yes.

20      Q.    You were accepting mail there?

21      A.    I believe so.

22      Q.    The document, in the first sentence, do

23  you see it says, You are late?

24      A.    Uh-huh.

25      Q.    You are late in making your payments, the

1    earliest of which was due on 2/1/2008 and under the

2    terms of the promissory note that you signed, your

3    loan is in default; do you see that?

4        A.    Yes, I do.

5        Q.    Did you make any payments after February

6    1st, 2008?

7        A.    I myself, no.

8        Q.    Do you know if any payments were made

9    after February 1st, 2008?

10       A.    I don't know.

11       Q.    Do you believe that the letter contains

12   incorrect information?

13       A.    That, I don't know.

14       Q.    Now, turn back to Exhibit 8, which was the

15   letter from Gary Dubin dated December 4th, 2008.

16       A.    This one?

17       Q.    Yes.  Now, I believe you already testified

18   that you probably would be -- I'm sorry -- you

19   probably would be able to repay one million dollars

20   in December 2008; is that correct?

21       A.    Yes.  There's a possibility.

22       Q.    Okay.  You had indicated that you could

23   ask your two aunts and your mother --

24       A.    Correct.

25       Q.    -- for assistance; is that correct?

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

REID I. TAMAYOSE and            )

NADINE K. TAMAYOSE,             )

         Plaintiffs, )

      vs.                       )   CASE NO. CV10 00185

OPTION ONE MORTGAGE             )          JMS BMK

CORPORATION, its successors)

and assigns; H&R BLOCK          )

BANK; RESIDENTIAL CREDIT        )   DEPOSITION OF

SOLUTIONS, INC.; and DOES       )   NADINE K. TAMAYOSE

1-30,                           )   July 21, 2011

        Defendants. )

   _____)

RESIDENTIAL CREDIT              )

SOLUTIONS, INC.,                )

         Third-Party )

          Plaintiff,  )

      vs.                       )

OLD REPUBLIC TITLE &            )

ESCROW OF HAWAII, LTD.,         )

        Third-Party )

       Defendant.  )

   _____)

1             DEPOSITION OF NADINE K. TAMAYOSE,

2   Taken on behalf of Defendants Option One Mortgage

3   Corporation, now known as Sand Canyon Corporation,

4   and H&R Block Bank at American Savings Bank Tower,

5   1001 Bishop Street, 20th Floor Conference Room,

6   Honolulu, Hawaii  96813, commencing at 1:15 p.m., on

7   July 21, 2011, pursuant to Notice.

8   BEFORE:   SUE M. FLINT, RPR, CSR 274

9           Notary Public, State of Hawaii

10

11   APPEARANCES:

12

13   For Plaintiffs:    BENJAMIN BROWER, ESQ.

14                 Dubin Law Offices

15                 55 Merchant Street

16                 Suite 3100

17                 Honolulu, Hawaii  96813

18

19   For Defendants Option One Mortgage Corporation, now

20   known as Sand Canyon Corporation and H&R Block Bank:

21                 SHELLIE K. PARK-HOAPILI, ESQ.

22                 Alston Hunt Floyd & Ing

23                 American Savings Bank Tower

24                 1001 Bishop Street, Suite 1800

25                 Honolulu, Hawaii  96813

1    Appearances (continued):

2

3    For Defendant Residential Credit Solutions:

4                        KARYN DOI, ESQ.

5                        LEU & OKUDA

6                        The Merchant House

7                        222 Merchant Street

8                        Main Floor

9                        Honolulu, Hawaii  96813

10

11   For Defendant Old Republic Title & Escrow of Hawaii,

12   Ltd.:

13                       KEVIN W. HERRING, ESQ.

14                       Ashford & Wriston

15                       Alii Place, Suite 1400

16                       1099 Alakea Street

17                       Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25

1    an address.

2        A.    Yes.

3        Q.    Do you know who RCS is?

4        A.    The name is called Residential Credit

5    Solutions.

6        Q.    Do you know who they are?

7        A.    They're a mortgage company.

8        Q.    Were they the company that you were making

9    mortgage payments towards?

10       A.    I believe so.

11       Q.    It was the mortgage company that you were

12   making payments on this loan, right, the subject

13   loan?

14       A.    I believe so.

15       Q.    On June 2nd, 2008, which is the date of

16   this letter, you and Mr. Tamayose were still

17   residing at 6789-B Kuamoo Road in Kapaa?

18       A.    Is it this one?  Okay.  I'm sorry.  Yeah.

19   Okay.

20       Q.    And you were accepting mail at that

21   address?

22       A.    Yes.

23       Q.    If you look at paragraph one, the first

24   sentence, it says:  You are late in making your

25   payments, the earliest of which was due on