EXHIBIT "J"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| REID I. TAMAYOSE and ) | |
| NADINE K. TAMAYOSE, ) | |
|     Plaintiffs, ) | |
|     vs. ) | CASE NO. CV10 00185 |
| OPTION ONE MORTGAGE ) | JMS BMK |
| CORPORATION, its successors) | |
| and assigns; H&R BLOCK ) | |
| BANK; RESIDENTIAL CREDIT ) | DEPOSITION OF |
| SOLUTIONS, INC.; and DOES ) | REID I. TAMAYOSE |
| 1-30, ) | July 21, 2011 |
|     Defendants. ) | |
| _____) | |
| RESIDENTIAL CREDIT ) | |
| SOLUTIONS, INC., ) | |
|     Third-Party ) | |
|     Plaintiff, ) | |
|     vs. ) | |
| OLD REPUBLIC TITLE & ) | |
| ESCROW OF HAWAII, LTD., ) | |
|     Third-Party ) | |
|     Defendant. ) | |
| _____) | |

```
 1            DEPOSITION OF REID I. TAMAYOSE,
 2   Taken on behalf of Defendants Option One Mortgage
 3   Corporation, now known as Sand Canyon Corporation,
 4   and H&R Block Bank at American Savings Bank Tower,
 5   1001 Bishop Street, 20th Floor, Honolulu, Hawaii
 6   96813, commencing at 9:04 a.m., on July 21, 2011,
 7   pursuant to Notice.
 8   BEFORE:   SUE M. FLINT, RPR, CSR 274
 9             Notary Public, State of Hawaii
10
11   APPEARANCES:
12
13   For Plaintiffs:     BENJAMIN BROWER, ESQ.
14                       Dubin Law Offices
15                       55 Merchant Street
16                       Suite 3100
17                       Honolulu, Hawaii  96813
18
19   For Defendants Option One Mortgage Corporation, now
20   known as Sand Canyon Corporation and H&R Block Bank:
21                       SHELLIE K. PARK-HOAPILI, ESQ.
22                       Alston Hunt Floyd & Ing
23                       American Savings Bank Tower
24                       1001 Bishop Street, Suite 1800
25                       Honolulu, Hawaii  96813
```

Page 3

1    Appearances (continued):

2

3    For Defendant Residential Credit Solutions:

4                    KARYN DOI, ESQ.

5                    LEU & OKUDA

6                    The Merchant House

7                    222 Merchant Street

8                    Main Floor

9                    Honolulu, Hawaii  96813

10

11   For Defendant Old Republic Title & Escrow of Hawaii,

12   Ltd.:

13                   KEVIN W. HERRING, ESQ.

14                   Ashford & Wriston

15                   Alii Place, Suite 1400

16                   1099 Alakea Street

17                   Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25

```
 1      Q.    Did anyone tell you not to read the
 2   documents before you initialed?
 3      A.    You know what?  I don't recall.
 4      Q.    This might help you recall.  I'm going to
 5   hand you what the court reporter will mark as
 6   Exhibit 1.
 7            (Exhibit 1 marked for identification.)
 8   BY MS. PARK-HOAPILI:
 9      Q.    Can you take a quick look at Exhibit 1?
10      A.    I thought you said it was 1.25.  It's
11   1,025,000 isn't it?
12      Q.    Maybe I misspoke.
13      A.    I believe you did.
14      Q.    Okay.  You're done reviewing it?
15      A.    What would you like me to review on this;
16   everything?
17      Q.    Do you recognize this document?
18      A.    I recognize my name on it, but I signed a
19   lot of documents and I don't particularly remember
20   this personal document.
21      Q.    Okay.  If I tell you that this is the
22   settlement statement for the subject loan, does that
23   look correct to you?
24      A.    I believe so.
25      Q.    If you look on the left-hand column, where
```

A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB No. 2502-0265



OLD REPUBLIC TITLE & ESCROW OF HAWAII, LTD.

866-235-1220

**B. TYPE OF LOAN**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number 6828000677-NT | 7. Loan Number 111002709 | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Reid I. Tamayose and Nadine K. Tamayose<br>6789 B Kuamoo Road<br>Kapaa, HI 96746 | REFINANCE | Option One Mortgage Corporation<br>Pauahi Tower 1001 Bishop Street<br>Honolulu, HI 96813-3691 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 6789 B Kuamoo Road<br>Kapaa, HI 96746 | Old Republic Title & Escrow of Hawaii, Ltd. |
| LEGAL / FINAL HUD 1 | Place of Settlement<br>4-831 Kuhio Highway, Suite 415<br>Kapaa, HI 96746 |
| | I. Settlement Date 11/30/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 18,335.46 | 403. | |
| 104. Additional Proceeds to First Hawaii Title | 171,610.51 | 404. | |
| 105. PAYOFF EXISTING LOAN | 620,983.64 | 405. | |
| PAYOFF EXISTING LOAN | 154,101.95 | | |
| R.E. Tax Payment ((4) 4-2-019-022-0000) (POC) | | | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes      to | | 406. City/town taxes      to | |
| 107. County taxes      to | | 407. County taxes      to | |
| 108. Assessments      to | | 408. Assessments      to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 965,031.56 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan 1st | 1,025,000.00 | 502. Settlement charges to seller (line 1400) | |
| | | 503. Existing loan(s) taken subject to | |
| | | 504. | |
| | | 505. | |
| | | 506. | |
| | | 507. | |
| | | 508. | |
| | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes      to | | 511. County taxes      to | |
| 212. Assessments      to | | 512. Assessments      to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 1,025,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 965,031.56 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | (1,025,000.00) | 602. Less reductions in amount due seller (line 520) | ( ) |
| 303. CASH ☐ FROM ☒ TO BORROWER | 59,968.44 | 603. CASH ☐ TO ☐ FROM SELLER | |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality

HUD-1 (3-86)
RESPA, HB 4305.2

NT/nt

CERTIFIED TO BE A TRUE AND CORRECT COPY OF ORIGINAL

EXH 1   DATE 7/21/11
WITNESS Tamayose
SUE M. FLINT

Escrow No.: 6828000677-NT

## L. SETTLEMENT CHARGES

| | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|
| 700. Total sales/broker's commission based on price $ @ %= | | |
| Division of commission (line 700) as follows: | | |
| 701. | | |
| 702. | | |
| 703. Commission disbursed at settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee to Dennis Nakahara | 416.00 | |
| 804. Credit Report to Option One Mortgage Corporation | 10.58 | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Broker fee to Unlimited Mortgages, LLC | 10,250.00 | |
| 809. Underwriting fee to Option One Mortgage Corporation | 850.00 | |
| 810. Tax Service Fee to Premier Property Tax Services LLC | 65.00 | |
| 811. Funding fee to Option One Mortgage Corporation | 50.00 | |
| 812. Flood Certification Fee to Aculink Mortgage Solutions | 15.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest, 11/29/06 to 12/01/06, 2 days @ $200.73 | 401.46 | |
| 903. Hazard Insurance premium for 12 mos. to First Fire & Casualty Insurance CO | 221.00 | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance 9 mo. @ $184.2500/mo. | 1,658.25 | |
| 1003. County Property Taxes 6 mo. @ $267.1700/mo. | 1,603.02 | |
| 1008. Aggregate Accounting Adjustment | -552.77 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to Old Republic Title & Escrow of Hawaii, Ltd. | 520.83 | |
| 1106. Notary Fees to Jasmine Leong | 41.67 | |
| 1108. Title Insurance to Old Republic Title & Escrow of Hawaii, Ltd. | 2,501.05 | |
| (includes above items numbers:) 1102, 1103, 1108, Endorsements and Additional Title Fees, if any | | |
| 1109. Lender's Coverage Liability Amount $1,025,000.00 Premium $2,407.31 | | |
| 1110. | | |
| 1111. Recon Tracking Fee | 52.08 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees: Deed $ Mortgage $ 25.00 Releases $ 25.00 | 50.00 | |
| 1202. City/county tax/stamps: Deed $ Mortgage $ | | |
| 1203. State tax/stamps: Deed $ Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | | |
| 1302. | | |
| 1303. Wire Service Fee to Old Republic Title & Escrow of Hawaii, Ltd. | 26.04 | |
| 1304. Reproduction/Signing Fee to Old Republic Title & Escrow of Hawaii, Ltd. | 104.17 | |
| 1305. Wire Service Fee to Old Republic Title & Escrow of Hawaii, Ltd. | 52.08 | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 18,335.46 | 0.00 |

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of the transaction.

Escrow Officer         Date 11/30/2006

NT/nt

Escrow No.: 6828000677-NT
Loan No.: 111002709

Attachment to HUD Statement

===== Continuation from Page1 =====

| BUYER ADJUSTMENTS | | SELLER ADJUSTMENTS |
|---|---|---|

AMOUNTS PAID BY/IN BEHALF OF BORROWER

DEPOSIT OR EARNEST MONEY -- LINE 201

PRINCIPAL AMOUNT OF NEW LOAN(S) -- LINE 202

Option One Mortgage Corporation
Pauahi Tower 1001 Bishop Street
Honolulu, HI 96813-3691
Loan No.: 111002709
Position: 1
Principal amount                           1,025,000.00



**OLD PUBLIC TITLE & ESCROW F HAWAII, LTD.**
4-831 Kuhio Highway, Suite 415 • Kapaa HI • 96746 • (808) 821-6808 • FAX (808) 821-6814

Date: November 30, 2006
Escrow No.: 6828000677-NT
Escrow Officer: Nicole Takenaka
Closing Date: 11/30/2006

Property: 6789 B Kuamoo Road
Kapaa, HI 96746

## Additional Charges Attachment

| Item | Amount |
|---|---|
| BUYER | |
| Other Title Fees | |
| Lien Report | 46.87 |
| Financing Statements | 46.87 |
| Other Title Fees Total | 93.74 |

NT/nt