EXHIBIT "L"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| REID I. TAMAYOSE and | ) | |
| NADINE K. TAMAYOSE, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. CV10 00185 |
| OPTION ONE MORTGAGE | ) | JMS BMK |
| CORPORATION, its successors | ) | |
| and assigns; H&R BLOCK | ) | |
| BANK; RESIDENTIAL CREDIT | ) | DEPOSITION OF |
| SOLUTIONS, INC.; and DOES | ) | REID I. TAMAYOSE |
| 1-30, | ) | July 21, 2011 |
| Defendants. | ) | |
| _____ | ) | |
| RESIDENTIAL CREDIT | ) | |
| SOLUTIONS, INC., | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| OLD REPUBLIC TITLE & | ) | |
| ESCROW OF HAWAII, LTD., | ) | |
| Third-Party | ) | |
| Defendant. | ) | |
| _____ | ) | |

1              DEPOSITION OF REID I. TAMAYOSE,

2 Taken on behalf of Defendants Option One Mortgage

3 Corporation, now known as Sand Canyon Corporation,

4 and H&R Block Bank at American Savings Bank Tower,

5 1001 Bishop Street, 20th Floor, Honolulu, Hawaii

6 96813, commencing at 9:04 a.m., on July 21, 2011,

7 pursuant to Notice.

8 BEFORE:  SUE M. FLINT, RPR, CSR 274

9            Notary Public, State of Hawaii

10

11 APPEARANCES:

12

13 For Plaintiffs:    BENJAMIN BROWER, ESQ.

14                    Dubin Law Offices

15                    55 Merchant Street

16                    Suite 3100

17                    Honolulu, Hawaii  96813

18

19 For Defendants Option One Mortgage Corporation, now

20 known as Sand Canyon Corporation and H&R Block Bank:

21                    SHELLIE K. PARK-HOAPILI, ESQ.

22                    Alston Hunt Floyd & Ing

23                    American Savings Bank Tower

24                    1001 Bishop Street, Suite 1800

25                    Honolulu, Hawaii  96813

1    Appearances (continued):

2

3    For Defendant Residential Credit Solutions:

4                          KARYN DOI, ESQ.

5                          LEU & OKUDA

6                          The Merchant House

7                          222 Merchant Street

8                          Main Floor

9                          Honolulu, Hawaii  96813

10

11   For Defendant Old Republic Title & Escrow of Hawaii,

12   Ltd.:

13                         KEVIN W. HERRING, ESQ.

14                         Ashford & Wriston

15                         Alii Place, Suite 1400

16                         1099 Alakea Street

17                         Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25

1          (Exhibit 7 marked for identification.)

2     BY MS. PARK-HOAPILI:

3          Q.    Do you see what we've marked as Exhibit 7,

4     handed over to you?

5          A.    Yes.

6          Q.    Do you recognize this document?

7          A.    No.

8          Q.    Have you seen it before?

9          A.    Possibly.

10         Q.    If you look at the lower left-hand corner

11    of the page, is that your signature?

12         A.    Yes.

13         Q.    Do you recall where you signed this

14    document?

15         A.    Do -- I'm sorry?

16         Q.    Do you recall where you signed this

17    document?

18         A.    I don't.

19         Q.    Did you go to an office on Kauai to sign

20    this document?

21         A.    I'm sure I did.  I just don't -- can't

22    recall where or who.

23         Q.    Could it be that you signed this document

24    in an office in Honolulu?

25         A.    No, not that I can recall.

1      Q.     In the interest of time, I'll go over this

2    document.  If you look at the boxed portion of the

3    document -- do you see that?

4      A.     Your right to cancel?

5      Q.     Yes.  It says -- it talks about you have a

6    right to cancel this transaction within three days

7    of the transaction.  Do you see that?

8      A.     Okay.

9      Q.     What was the date of your loan

10   transaction?

11     A.     The 24th.

12     Q.     According to this notice, when did you

13   have to notify the lender that you wanted to cancel?

14     A.     It says on the paper November 28th, 2006.

15     Q.     Uh-huh.  Did you contact the lender on

16   November 28, 2006 to cancel?

17     A.     I'm not too sure.

18     Q.     Do you know why your wife also signed this

19   document?

20     A.     I don't know.

21     Q.     Did you review this document before you

22   signed it?

23     A.     I did not -- or I don't recall anyway.

24     Q.     Did anyone tell you not to review it?

25     A.     No, I don't believe so.

1     Q.    When you took this document home, did you

2  review it at any time?

3     A.    No.

4     Q.    Did you ever contact the lender to let

5  them know that you wanted to cancel the loan?

6     A.    I don't recall.

7     Q.    You don't recall contacting the lender?

8     A.    Unh-unh.

9     Q.    Is it that you did not?

10     A.    I don't believe I did personally.  My wife

11  maybe, but as far as me myself, I did not.

12     Q.    That's what I'm asking, just what you did.

13     A.    Okay.  Okay.  The thing is, the reason why

14  I answer like that is because both of us are on

15  here, you know what I mean, signature-wise.

16     Q.    That's fine.  But I'm asking you if you

17  contacted the lender.

18     A.    No.

19     Q.    You did not?

20     A.    Not that I can recall.

21     Q.    Not that you can recall or -- you just

22  said you did not contact the lender.

23     A.    You know what?  Honestly, I can't

24  remember.

25     Q.    But you admit that that is your signature

1    there?

2        A.    I admit that is my signature.   I also

3    admit that I did not look over these papers.

4        Q.    Do you recall receiving your two copies of

5    this document?

6        A.    I do not remember.

7        Q.    We'll look at what we've marked as

8    Exhibit 8.

9                (Exhibit 8 marked for identification.)

10   BY MS. PARK-HOAPILI:

11       Q.    I'm handing you what we've marked as

12   Exhibit 8.  Do you recognize this document?

13       A.    This document, I do remember.

14       Q.    You do remember?

15       A.    Well, I remember Dubin Law Offices.

16       Q.    What do you remember about it?

17       A.    That we talked to Mr. Dubin to assist us

18   in this case.

19       Q.    In this lawsuit?

20       A.    Yes.

21       Q.    When did you talk to Mr. Dubin?

22       A.    I can't recall.

23       Q.    How did you contact Mr. Dubin?

24       A.    I did not contact Mr. Dubin.

25       Q.    Who contacted him?