EXHIBIT "T"

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| REID I. TAMAYOSE and | ) | |
| NADINE K. TAMAYOSE, | ) | |
|     Plaintiffs, | ) | |
|     vs. | ) | CASE NO. CV10 00185 |
| OPTION ONE MORTGAGE | ) | JMS BMK |
| CORPORATION, its successors | ) | |
| and assigns; H&R BLOCK | ) | |
| BANK; RESIDENTIAL CREDIT | ) | DEPOSITION OF |
| SOLUTIONS, INC.; and DOES | ) | REID I. TAMAYOSE |
| 1-30, | ) | July 21, 2011 |
|     Defendants. | ) | |
| _____ | ) | |
| RESIDENTIAL CREDIT | ) | |
| SOLUTIONS, INC., | ) | |
|     Third-Party | ) | |
|     Plaintiff, | ) | |
|     vs. | ) | |
| OLD REPUBLIC TITLE & | ) | |
| ESCROW OF HAWAII, LTD., | ) | |
|     Third-Party | ) | |
|     Defendant. | ) | |
| _____ | ) | |

```
 1            DEPOSITION OF REID I. TAMAYOSE,
 2   Taken on behalf of Defendants Option One Mortgage
 3   Corporation, now known as Sand Canyon Corporation,
 4   and H&R Block Bank at American Savings Bank Tower,
 5   1001 Bishop Street, 20th Floor, Honolulu, Hawaii
 6   96813, commencing at 9:04 a.m., on July 21, 2011,
 7   pursuant to Notice.
 8   BEFORE:    SUE M. FLINT, RPR, CSR 274
 9              Notary Public, State of Hawaii
10
11   APPEARANCES:
12
13   For Plaintiffs:     BENJAMIN BROWER, ESQ.
14                       Dubin Law Offices
15                       55 Merchant Street
16                       Suite 3100
17                       Honolulu, Hawaii  96813
18
19   For Defendants Option One Mortgage Corporation, now
20   known as Sand Canyon Corporation and H&R Block Bank:
21                       SHELLIE K. PARK-HOAPILI, ESQ.
22                       Alston Hunt Floyd & Ing
23                       American Savings Bank Tower
24                       1001 Bishop Street, Suite 1800
25                       Honolulu, Hawaii  96813
```

```
 1   Appearances (continued):

 2

 3   For Defendant Residential Credit Solutions:

 4              KARYN DOI, ESQ.

 5              LEU & OKUDA

 6              The Merchant House

 7              222 Merchant Street

 8              Main Floor

 9              Honolulu, Hawaii  96813

10

11   For Defendant Old Republic Title & Escrow of Hawaii,

12   Ltd.:

13              KEVIN W. HERRING, ESQ.

14              Ashford & Wriston

15              Alii Place, Suite 1400

16              1099 Alakea Street

17              Honolulu, Hawaii  96813

18

19

20

21

22

23

24

25
```

1   Mortgage Corporation?

2       A.   No, I do not.

3       Q.   If you look in the letter, it's basically
4   informing that you are cancelling the subject loan.

5       A.   Okay.

6       Q.   Do you see that?

7       A.   Yes.

8       Q.   When did you decide you wanted to cancel
9   the subject loan?

10      A.   That is something that maybe you should
11  talk to my wife about.  I don't know.  I don't know.

12      Q.   Did you want to cancel the loan?  I'm
13  asking you.

14      A.   I'm in the best interest of my family, so
15  if my wife said that that's what we needed to do,
16  then that's what we needed to do.

17      Q.   Why did you have to cancel the loan?

18      A.   I don't know.

19      Q.   Okay.  Well, in this letter you indicate
20  that there were several federal Truth In Lending Act
21  violations.  Can you identify them for me?

22      A.   I cannot.

23      Q.   Is there a reason why you can't identify
24  them?

25      A.   I'm vague on it.

1  Q.   What do you mean vague on it?

2  A.   I don't know.

3  Q.   Well, you brought this lawsuit, so I'm

4  just trying to figure out -- I mean, you're saying

5  in this letter, first, that there are certain

6  violations. What violations are there?

7  A.   Me and my wife are together on this and,

8  like I said, she'll be able to tell you a little bit

9  more than me.

10 Q.   But you are also identified as a plaintiff

11 in this lawsuit, so I need to know what -- if there

12 are -- what federal Truth In Lending Act violations

13 you are referring to in this letter.

14 A.   Well, from what it says in here, unfair

15 and deceptive acts and practices, misrepresentation

16 aside from fraud and false loan applications. I'm

17 just going by what it says here.

18 Q.   I'm asking you if --

19 A.   Well, I'm telling you what I'm telling you

20 here.

21 Q.   So what misrepresentations were made?

22 A.   That, I cannot tell you.

23 Q.   Is there a reason why?

24 A.   Because I'm unclear.

25 Q.   You're unclear of what misrepresentations

```
 1   were made?
 2        A.    Yes, I am unclear.
 3        Q.    This is your loan and you're unclear of
 4   what misrepresentations you're claiming --
 5        A.    This is me and my wife's loan.
 6        Q.    And you're saying unfair and deceptive
 7   trade practices.  What violations were made?
 8        A.    I'm unclear.
 9        Q.    In this letter you're saying that you want
10   damages.  What damages are you requesting in this
11   letter?
12        A.    I'm sorry?
13        Q.    What damages are you seeking in this
14   letter?
15              THE WITNESS:  What type of damages?
16   BY MS. PARK-HOAPILI:
17        Q.    Are you seeking any damages by this
18   letter?
19        A.    Well, there was two foreclosures called
20   upon our house, I believe, or two times that it was
21   supposed to go to be auctioned off, and those were
22   very unclear to us on why it was -- why we were
23   being sent that letter on foreclosure, and that was
24   just a very stressful time for us.
25        Q.    Okay.  Well, this letter is sent December
```